UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, INC., THE SKLOVER GROUP, INC., and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 05-10995-RCL |

**DEFENDANT AMERICAN EXPRESS COMPANY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ. P. 7.1 and Local Rule 7.3, Defendant American Express Company, Inc. makes the following disclosure:

American Express Company has no parent company and is a publicly traded company. Berkshire Hathaway, Inc., a publicly traded company, together with its subsidiaries and affiliates, own approximately 11% of the stock of American Express Company.

Respectfully submitted,

AMERICAN EXPRESS COMPANY, INC.
By its counsel

  /s/ John F. Farraher, Jr.
John F. Farraher, Jr. (BBO# 568194)
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
(617) 310-6029

## CERTIFICATE OF SERVICE

      I, John F. Farraher, Jr., hereby certify that on this date, May 18, 2005, I caused to be served the foregoing document, by electronic notice, upon the following counsel of record:

| | |
|---|---|
| Kevin Donius, Esquire | Allison M. O'Neil, Esquire |
| Corcoran, FitzGerald & Hennessey | Craig & Macauley, P.C. |
| 500 Granite Avenue | Federal Reserve Plaza |
| Milton, MA 02186 | 600 Atlantic Avenue |
| | Boston, MA 02210 |
| | |
| Mark W. Corner | Timothy S. Martin |
| Riemer & Braunstein | Paul, Weiss, Rifkind, Wharton |
| Three Center Plaza | & Garrison LLP |
| Boston, Massachusetts 02108 | 1285 Avenue of the Americas |
| | New York, New York 10019-6064 |

      /s/ John F. Farraher, Jr.