UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, INC., THE SKLOVER GROUP, INC., and FEDERAL INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No. 05-10995-RCL |

**CORPORATE DISCLOSURE STATEMENT OF THE
<u>DEFENDANT FEDERAL INSURANCE COMPANY</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Defendant Federal Insurance Company states that The Chubb Corporation, a publicly traded company on the New York Stock Exchange, owns 100% of the stock of Federal Insurance Company.

Dated:  Boston, Massachusetts
            May 24, 2005

                                        RIEMER & BRAUNSTEIN LLP

                                        By:     /s/ Mark W. Corner
                                                Mark W. Corner (BBO#550156)

                                        Three Center Plaza
                                        Boston, Massachusetts 02108
                                        (617) 523-9000

                                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                        H. Christopher Boehning
                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        (212) 373-3000

                                        *Attorneys for Defendant Federal Insurance Company*

## **CERTIFICATE OF SERVICE**

      I, Mark W. Corner hereby certify that on this date, May 24, 2005, I caused to be served the foregoing document, by electronic notice, upon the following counsel of record:

| | |
|---|---|
| Kevin Donius, Esquire<br>Corcoran, FitzGerald & Hennessey<br>500 Granite Avenue<br>Milton, MA 02186 | Allison M. O'Neil, Esquire<br>Craig & Macauley, P.C.<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210 |

John F. Farraher, Jr., Esquire
Greenberg Traurig
One International Place
20th Floor
Boston, MA 02110

                                                  */s/Mark W. Corner*
                                                  Mark W. Corner

893542.1