UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY, INC., THE SKLOVER GROUP, INC., and FEDERAL INSURANCE COMPANY,<br><br>　　　　Defendants. | Civil Action No. 05-10995-RCL |

### MOTION TO ADMIT H. CHRISTOPHER BOEHNING *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned member of the bar of this Court moves for an order granting H. Christopher Boehning leave to appear and practice in this Court on behalf of the defendant Federal Insurance Company ("Federal") in the above-captioned action.

The certificate required by Local Rule 83.5.3(b) is submitted herewith.

By its attorneys,

*/s/ Mark W. Corner*
Mark W. Corner (BBO#550156)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

*Attorneys for Defendant Federal Insurance Company*

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)

Mark W. Corner, counsel of record for the Defendant Federal Insurance Company, hereby certifies that on May 27, 2005 I conferred by telephone with Kevin Donius, counsel to the Plaintiff, in an effort in good faith to resolve or narrow the issue presented in this motion, as required by Local Rule 7.1(A)(1). Attorney Donius indicated that he did not have an objection to this motion.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 27TH DAY OF MAY 2005.**

*/s/ Mark W. Corner*

### CERTIFICATE OF SERVICE

I, Mark W. Corner hereby certify that on this date, May 27, 2005, I caused to be served the foregoing document, along with the accompanying Certificate of H. Christopher Boehning, by electronic notice, upon the following counsel of record:

Kevin Donius, Esquire
Corcoran, FitzGerald & Hennessey
500 Granite Avenue
Milton, MA 02186

Allison M. O'Neil, Esquire
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

John F. Farraher, Jr., Esquire
Greenberg Traurig
One International Place
20th Floor
Boston, MA 02110

*/s/Mark W. Corner*
Mark W. Corner

894205.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERICAN EXPRESS COMPANY,<br>INC., THE SKLOVER GROUP, INC., and<br>FEDERAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 05-10995-RCL |

**CERTIFICATE OF H. CHRISTOPHER BOEHNING**

I, H. Christopher Boehning, declare as follows:

1. I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), 1285 Avenue of the Americas, New York, New York 10019-6064; my office telephone number is (212) 373-3000; my office facsimile number is (212) 373-2399. Paul, Weiss represents defendant Federal Insurance Company ("Federal") in this action. I submit this Certificate in support of Federal's Motion for Admission *Pro Hac Vice*.

2. I am admitted to practice before the following courts:

   (a) United States District Court for the Southern District of New York (Admitted 4/25/1995);

   (b) United States District Court for the Eastern District of New York (Admitted 1/1/1998);

   (c) United States District Court for the Northern District of New York (Admitted 3/17/2004);

   (d) New York, 1st Department (Admitted 1/23/1995);

   (e) United States Tax Court (Admitted 2/27/1995).

3.  I am a member of the Bar in good standing in each jurisdiction in which I am admitted to practice.

4.  There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF MAY, 2005.**

*/s/ H. Christopher Boehning*
**H. CHRISTOPHER BOEHNING**
894208.1