UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>                    Plaintiff,<br><br>            v.<br><br>AMERICAN EXPRESS COMPANY,<br>INC., THE SKLOVER GROUP, INC., and<br>FEDERAL INSURANCE COMPANY,<br><br>                    Defendant. | Civil Action No. 05-10995-RCL |

**ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND
TO DEFENDANT AMERICAN EXPRESS' CROSS-CLAIMS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Federal Insurance Company ("Federal") respectfully moves this Court for leave to enlarge its time to respond to the cross-claims of defendant American Express Company, Inc. ("American Express") in the above-captioned action, located in the Answer, Affirmative Defenses and Cross-Claims of Defendant American Express Company to Plaintiff's First Amended Complaint (the "Answer"), filed on May 31, 2005 in this Court, through and including July 11, 2005.  As grounds for this motion, Federal states:

        (1)    Defendant American Express has assented to this motion.

        (2)    On May 31, 2005, defendant Federal was served with the Answer, which contains cross-claims for indemnification and contribution against defendants Federal and The Sklover Group, Inc. ("Sklover").

        (3)    The additional time will enable Federal's counsel to confer with their client and to fully evaluate the cross-claims asserted in the Answer, as well as the

legal defenses available to Federal.  The short extension of time will not unduly delay these proceedings.

For the foregoing reasons, Federal respectfully moves this Court to allow the motion.

Dated: Boston, Massachusetts
June 20, 2005

RIEMER & BRAUNSTEIN LLP


By: /s/Mark W. Corner
Mark W. Corner (BBO #550156)

Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: /s/H. Christopher Boehning
H. Christopher Boehning
Admitted *Pro Hac Vice*

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendant Federal Insurance Company*


**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Defendant Federal Insurance Company, by and through counsel, hereby certify that they have conferred with counsel of record for co-defendant American Express Company in a good faith attempt to resolve or narrow the issues raised in this

2

motion and that co-defendant American Express Company, acting through counsel, has assented to the granting of the relief sought herein.

                                                                      */s/Mark W. Corner*
                                                                       Mark W. Corner

### CERTIFICATE OF SERVICE

      I, Mark W. Corner hereby certify that on this date, June 20, 2005, I caused to be served the foregoing document, by electronic notice, upon the following counsel of record:

Kevin Donius, Esquire
Corcoran, FitzGerald & Hennessey
500 Granite Avenue
Milton, MA 02186

Allison M. O'Neil, Esquire
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

John F. Farraher, Jr., Esquire
Greenberg Traurig
One International Place
20th Floor
Boston, MA 02110

                                                                      */s/Mark W. Corner*
                                                                       Mark W. Corner

897969.1