UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10995-RCL

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br>THE SKLOVER GROUP, INC.<br>and  FEDERAL INSURANCE<br>COMPANY,<br>    Defendants. | **PLAINTIFF'S DEMAND FOR A JURY TRIAL ON THE ISSUE OF ARBITRATION** |

The Plaintiff, Altagracia J. Peguero, pursuant to 9 U.S.C. §4, hereby demands a jury trial on the issue of whether an arbitration agreement exists between her and Federal Insurance Company, if this Honorable Court deems such a dispute to exist.

Respectfully submitted,
THE PLAINTIFF,
By her Attorney,

_____
Kevin Donius, Esq.
Corcoran, FitzGerald
& Hennessy
500 Granite Avenue
Milton, MA   02186
TEL   (617) 696-5700
FAX   (617) 696-6704
BBO#:   551298

Date:    June 20, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 6/21/05  _____