# RIEMER & BRAUNSTEIN LLP
## COUNSELORS AT LAW

Three Center Plaza · Boston, Massachusetts 02108-2003

(617) 523-9000 · Fax (617) 880-3456

E-Mail firm@riemerlaw.com

Mark W. Corner
Direct Dial: (617) 880-3418
Writer's Direct Fax: (617) 692-3418
E-Mail: mcorner@riemerlaw.com

New York, New York
(212) 302-8880 · Fax (212) 719-0140
Burlington, Massachusetts
(781) 273-2270 · Fax (781) 273-0776

August 1, 2005

Ms. Lisa Hourihan
Courtroom Clerk to the
Honorable Reginald C. Lindsay
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

Re:  Altagracia J. Peguero v. American Express Company, Inc., et al.
     Civil Action No. 05-10995-RCL

Dear Ms. Hourihan:

I am local counsel to the Defendant Federal Insurance Company. As I indicated in our discussion today, the Plaintiff and my client have reached a settlement with respect to the Plaintiff's claims asserted against Federal, and we anticipate filing a Stipulation of Dismissal in the near future. In the meantime, Federal has pending a Motion to Dismiss and Compel Arbitration. In view of the settlement, Federal requests that no action be taken on that motion pending the filing of a stipulation of dismissal.

Please feel free to call me if you have any questions. Thanks for your usual courtesy and cooperation.

Very truly yours,

Mark W. Corner

MWC/eag

cc:  H. Christopher Boehning, Esquire
     Kevin Donius, Esquire
     John F. Farraher, Jr., Esquire
     Allison M. O'Neil, Esquire

905071.1