UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, THE SKLOVER GROUP, INC., and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 05-10995-RCL |

## LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that the above-named defendant, American Express Company and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Rule 16.4 of the Local Rules of this Court.

AMERICAN EXPRESS COMPANY
By its counsel

_____
John F. Farraher, Jr. (BBO#568194)
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 310-6000

AMERICAN EXPRESS COMPANY

_____
Mark L. LoSacco
Group Counsel, Litigation
American Express Company
Duly Authorized

Dated: September 13, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 9/13/05.