UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALTAGRACIA J. PEGUERO,

        Plaintiff,

        v.

AMERICAN EXPRESS COMPANY, INC.,

        Defendant.

Civil Action No. 05-10995-RCL

AMERICAN EXPRESS COMPANY, INC.,

    Crossclaim-Plaintiff,

        v.

FEDERAL INSURANCE COMPANY and
THE SKLOVER GROUP, Inc.,

    Crossclaim-Defendants,

## THE PARTIES' JOINT STATEMENT

The parties in this action, by their attorneys, hereby submit a Joint Statement in accordance with the provisions of Fed.R.Civ.P. 16(b) and Local Rule 16.1.  The Court has scheduled an Initial Scheduling Conference on Thursday, September 21, 2005.

## I.   Statement Of The Case

This case as originally brought by Plaintiff Altagracia Peguero alleged that American Express Company ("American Express"), The Sklover Group, Inc. ("Sklover") and Federal Insurance Company ("Federal") advertised and marketed a

disability insurance policy in an unfair and deceptive manner. Plaintiff has since settled her claims with Defendant Sklover and Defendant Federal.  An appropriate stipulation of dismissal as to Plaintiff's claims against Federal will be filed with the Court on or before the date of the Initial Scheduling Conference.  Plaintiff alleges she was falsely led to believe that she would be paid $1.5 Million in the event she became totally disabled from work.  The Plaintiff, a dentist trained in the Dominican Republic working as a dental hygienist in Massachusetts, further alleges that after purchasing the policy, she became totally disabled from work when she lost her arm in an automobile accident and is entitled not to the $500.00 that she was offered under the insurance policy, but to the $1.5 Million she expected.

The Plaintiff's First Amended Complaint contains causes of action for fraud/deceit, violation of M.G.L.c.175, §110E, violation of M.G.L.c.93A, §§2 and 9, breach of contract, and promissory estoppel.

Defendant American Express has filed an answer denying Plaintiff's allegations and asserting numerous affirmative defenses as well as cross-claims against both The Sklover Group, Inc. and Federal Insurance Company for indemnification and

contribution.

## II.  Obligation of Counsel to Confer

Plaintiff, Defendant American Express, and Crossclaim-Defendants Federal and Sklover have conferred with respect to the following:  (i) the voluntary exchange of relevant information and documents; (ii) the identification of facts and/or legal issues in dispute; (iii) the nature of discovery contemplated by each party; and (iv) the possibility of settlement and/or alternative dispute resolution upon the completion of discovery.  Crossclaim-Defendant Federal does not believe discovery is appropriate as to it and is considering motion practice directed to the cross-claims asserted by American Express.  The parties will continue to confer with respect to discovery issues relating to the cross-claims.

## III.  Local Rule 16.1(D)(3)Certification

Each party will independently file with the Court the Certification required by Local Rule 16.1(D)(3).

## IV.  Proposed Discovery Plan

Pursuant to Fed.R.Civ.P. 16(b), the parties propose the following discovery plan:

A.   The parties will serve all written discovery requests by January 15, 2006;

3

B.    Pursuant to Fed.R.Civ.P. 12-15, the parties will file
      all motions, amendments and supplements to the
      pleadings, including all motions to add additional
      parties by February 15, 2006;

C.    The parties will complete all factual depositions by
      June 15, 2006;

D.    The Plaintiffs will designate their trial experts and
      disclose the information set forth in Fed.R.Civ.P.
      26(b)(4)(A)(i) by June 15, 2006 and the Defendants
      will do so by July 15, 2006;

E.    The parties will file all dispositive motions,
      including all motions for summary judgment, by August
      15, 2006;

F.    The parties will complete all non-expert and expert
      discovery, including expert depositions, by September
      15, 2006;

G.    The parties will thereafter attend a final pretrial
      conference to be scheduled by the Court and be
      prepared to commence trial on the date of said
      conference.

THE PLAINTIFF,
ALTAGRACIA J. PEGUERO

/s/ Kevin Donius, by
John F. Farraher, Jr.
Kevin Donius, Esq.
Corcoran, FitzGerald
& Hennessy
500 Granite Avenue
Milton, MA  02186
TEL:(617) 696-5700
FAX:(617) 696-6704
BBO # 551298


THE CROSSCLAIM-DEFENDANT,
THE SKLOVER GROUP, INC.
By its attorney,


/s/ Allison M. O'Neil, by
John F. Farraher, Jr.

Allison M. O'Neil, Esq.
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
TEL:  (617) 367-9500
FAX:  (617) 742-1788


THE DEFENDANT,
AMERICAN EXPRESS,
By its attorney,


/s/ John F. Farraher, Jr.
John F. Farraher, Jr., Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
TEL: (617) 310-6000
FAX:  (617) 310-6001
BBO # 568194


THE CROSSCLAIM-DEFENDANT,
FEDERAL INSURANCE COMPANY,
By its attorney,


/s/ Mark W. Corner, by
John F. Farraher, Jr.

Mark W. Corner, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108
TEL:  (617) 523-9000
FAX:  (617) 880-3456
BBO #BBO #

/s/ H. Christopher Boehning,
by John F. Farraher, Jr.

H. Christopher Boehning, Esq.
Timothy S. Martin, Esq.
Paul, Weiss, Rifkind, Wharton
& Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
TEL: (212) 373-3000
FAX:  (212) 492-0723


Dated:  September 14, 2005

### CERTIFICATE OF SERVICE

I, John F. Farraher, Jr., hereby certify that on this date, September 14, 2005, I caused to be served the foregoing document, by electronic notice, upon the following counsel of record:

Kevin Donius, Esquire
Corcoran, FitzGerald & Hennessey
500 Granite Avenue
Milton, MA 02186

Allison M. O'Neil, Esquire
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Mark W. Corner
Riemer & Braunstein
Three Center Plaza
Boston, Massachusetts 02108

Timothy S. Martin
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

/s/ John F. Farraher, Jr.

6