UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br>INC., THE SKLOVER GROUP, INC., and<br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 05-10995-RCL |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF
## DEFENDANT-IN-CROSSCLAIM FEDERAL INSURANCE COMPANY

   Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the Defendant-in-Crossclaim Federal Insurance Company and its counsel hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local

Dated: Boston, Massachusetts
    September 21, 2005

               FEDERAL INSURANCE COMPANY


               BY  */s/Terri J. Harrison*
               Terri J. Harrison,  Corporate Liability
                 Claims Counsel
               Authorized Representative

RIEMER & BRAUNSTEIN LLP

By: */s/Mark W. Corner*
      Mark W. Corner (BBO #550156)

Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: */s/H. Christopher Boehning*
     H. Christopher Boehning

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendant Federal Insurance Company*

## CERTIFICATE OF SERVICE

    I, Mark W. Corner hereby certify that on this date, September 21, 2005, I caused to be served the foregoing document, by electronic notice, upon the following counsel of record:

Kevin Donius, Esquire
Corcoran, FitzGerald & Hennessey
500 Granite Avenue
Milton, MA 02186

Allison M. O'Neil, Esquire
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

John F. Farraher, Jr., Esquire
Greenberg Traurig
One International Place
20th Floor
Boston, MA 02110

                                    */s/Mark W. Corner*
                                    Mark W. Corner

913902.1