UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY, <br> THE SKLOVER GROUP, INC., and <br> FEDERAL INSURANCE COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-10995-RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certifies that the above-named defendant, The Sklover Group, Inc., and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course (and various alternative courses) of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such those outlined in Rule 16.4 of the Local Rules of this Court.

Dated: September 21, 2005

/s/ Richard E. Quinby
Richard E. Quinby (BBO# 545641)
Allison M. O'Neill (BBO# 641330)
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I, Allison M. O'Neil, hereby certify that on September 21, 2005, I served a copy of the above document to the attorney of record for each other party by U.S. mail.

/s/ Allison M. O'Neil
Allison M. O'Neil