UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

filed
9-21-05
[initials]

|  |  |
|---|---|
| ALTAGRACIA J. PEGUERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-10995-RCL |
| ) | |
| AMERICAN EXPRESS COMPANY, ) | |
| INC., THE SKLOVER GROUP, INC., and ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment have been served by Defendant Federal Insurance Company ("Federal"), Plaintiff Altagracia J. Peguero, through her undersigned counsel, hereby dismisses with prejudice her claims against Federal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, with each Party to bear its own attorneys' fees and costs.

Dated: September 21, 2005

CORCORAN, FITZGERALD, & HENNESSY

By: _____
Kevin Donius, Esq. (BBO #551298)
500 Granite Avenue
Milton, Massachusetts 02186
617-696-5700

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 9/21/05  _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Filed
9-21-05

CIVIL ACTION NO. 05-10995-RCL

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br>  Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY,<br>THE SKLOVER GROUP, INC.<br>and  FEDERAL INSURANCE<br>COMPANY,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

The Plaintiff, Altagracia J. Peguero, and her attorney, Kevin Donius, pursuant to Local Rule 16.1(D)(3), hereby certify that they have conferred:

(a) with a view for establishing a budget for the costs of conducting the full course - -and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Altagracia J. Peguero

Kevin Donius, Esquire

Date:   September 21,

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

9/21/05