UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10995-RCL

| | |
|---|---|
| ALTAGRACIA PEGUERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS COMPANY,<br>INC., THE SKLOVER GROUP, INC.<br><br>　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| AMERICAN EXPRESS COMPANY,<br>INC.,<br><br>　　　　Cross-Claim Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY and<br>THE SKLOVER GROUP INC.,<br><br>　　　　Cross-Claim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### Notice of Change
### of Plaintiff's Counsel's Firm Affiliation

Counsel for the Plaintiff hereby notifies the Court and all other parties of a change of firm affiliation to the firm and address listed below:

Kevin Donius, Esq.
Law Offices of Kevin Donius, P.C.
500 Granite Avenue
Milton, MA  02186
Telephone:  617-296-4900
Facsimile:  617-696-6704

THE PLAINTIFF,
By Her Attorney,

_____
Kevin Donius, Esq.
Law Office of Kevin Donius, P.C.
500 Granite Avenue
Milton, MA  02186
Telephone:  617-296-4900
Facsimile:  617-696-6704

Dated:  January 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 1/4/06  _____