UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA J. PEGUERO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br>THE SKLOVER GROUP, INC. and<br>FEDERAL INSURANCE COMPANY<br><br>Defendants.<br><br>AMERICAN EXPRESS COMPANY,<br><br>Third–Party Plaintiff,<br><br>HEALTHEXTRAS, L.L.C.,<br><br>Third-Party Defendant. | Civil Action No.<br>05-10995-RCL |

## WAIVER OF SERVICE OF SUMMONS

HealthExtras, LLC hereby certifies, through its undersigned counsel, that it has received a copy of the Third-Party Complaint Of American Express Company Against HealthExtras, LLC in the above-captioned matter, and that it waives service of a summons and accepts service of the Third-Party Complaint.

HealthExtras, LLC will retain all defenses or objections to the Third-Party Complaint or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

HealthExtras, LLC understands that a judgment may be entered against it if it does not serve an answer to the Third-Party Complaint or a motion under Rule 12 within 60 days of February 14, 2006.

        HEALTHEXTRAS, LLC,

        By its attorney,

        */s/ Donald R. Pinto, Jr.*
        Donald R. Pinto, Jr., BBO 548421
        RACKEMANN, SAWYER & BREWSTER
        One Financial Center
        Boston, MA  02111
        (617) 542-2300

Dated: February 24, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 2/24/06.