UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS COMPANY, )<br>THE SKLOVER GROUP, INC. and )<br>FEDERAL INSURANCE COMPANY, )<br>)<br>Defendants. )<br>)<br>AMERICAN EXPRESS COMPANY, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHEXTRAS, LLC, )<br>)<br>Third-Party Defendant. ) | Civil Action No. 05-10995-RCL |

CORPORATE DISCLOSURE STATEMENT OF
THIRD-PARTY DEFENDANT HEALTHEXTRAS, LLC

Pursuant to Local Rule 7.3, third-party defendant HealthExtras, LLC ("HealthExtras") states that it has no parent corporation and the only public corporation that owns 10% or more of HealthExtras' stock is Principal Financial Group, Inc.

HEALTHEXTRAS, LLC

By its attorney,

  /s/ Donald R. Pinto, Jr.
Donald R. Pinto, Jr., BBO No. 548421
RACKEMANN, SAWYER & BREWSTER
One Financial Center
Boston, Massachusetts  02111
(617) 542-2300

2

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                /s/ Donald R. Pinto, Jr.
                                                Donald R. Pinto, Jr.

Dated:  April 17, 2006