UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO, | ) |
| Plaintiff, | ) |
| v. | ) |
| AMERICAN EXPRESS COMPANY, THE SKLOVER GROUP, INC. and FEDERAL INSURANCE COMPANY, | ) Civil Action No. 05-10995-RCL |
| Defendants. | ) |
| AMERICAN EXPRESS COMPANY, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| HEALTHEXTRAS, LLC, | ) |
| Third-Party Defendant. | ) |

NOTICE OF CORPORATE SUCCESSION

Please take notice that HealthExtras, Inc. is the successor by merger of the named third-party defendant, HealthExtras, LLC.

HEALTHEXTRAS, INC.

By its attorney,

  /s/  Donald R. Pinto, Jr.
Donald R. Pinto, Jr., BBO No. 548421
RACKEMANN, SAWYER & BREWSTER
One Financial Center
Boston, Massachusetts  02111
(617) 542-2300

2

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                            /s/ Donald R. Pinto, Jr.
                                            Donald R. Pinto, Jr.

Dated:   May 26, 2006