UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br>THE SKLOVER GROUP, INC. and<br>FEDERAL INSURANCE COMPANY,<br><br>    Defendants.<br><br>AMERICAN EXPRESS COMPANY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>HEALTHEXTRAS, INC.,<br><br>    Third-Party Defendant. | Civil Action No. 05-10995-RCL |

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT HEALTHEXTRAS, INC.

Pursuant to Local Rule 7.3, third-party defendant HealthExtras, Inc., formerly known as HealthExtras, LLC, states that it has no parent corporation and the only public corporation that owns 10% or more of the stock of HealthExtras, Inc. is Principal Financial Group, Inc.

                                                HEALTHEXTRAS, LLC

                                                By its attorney,

                                                /s/ Donald R. Pinto, Jr.
                                                Donald R. Pinto, Jr., BBO No. 548421
                                                RACKEMANN, SAWYER & BREWSTER
                                                One Financial Center
                                                Boston, Massachusetts  02111
                                                (617) 542-2300

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                 /s/ Donald R. Pinto, Jr.
                                                  Donald R. Pinto, Jr.

Dated: May 26, 2006