UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS COMPANY,<br>THE SKLOVER GROUP, INC. and<br>FEDERAL INSURANCE COMPANY,<br><br>    Defendants.<br><br>AMERICAN EXPRESS COMPANY,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>HEALTHEXTRAS, LLC,<br><br>    Third-Party Defendant. | Civil Action No. 05-10995-RCL |

INITIAL DISCLOSURES OF
<u>THIRD-PARTY DEFENDANT HEALTHEXTRAS, INC.</u>

Pursuant to Fed. R. Civ. P. 26(a)(1) and LR 26.2(A), third-party defendant HealthExtras, Inc. ("HealthExtras") makes these initial disclosures in the above-captioned case.

    A.    Individuals Likely To Have Discoverable Information That
            <u>HealthExtras May Use To Support Its Claims or Defenses</u>

        1.    Joanna Ficklin
            Vice President of Sales Administration
            HealthExtras, Inc.
            800 King Farm Boulevard, 4th Floor
            Rockville, Maryland
            (301) 548-2900

            Has information concerning (a) HealthExtras' contractual relationships
            with American Express Company ("Amex"), Federal Insurance

Company ("Federal") and the Sklover Group, Inc. ("Sklover"), and (b) HealthExtras' role in providing customer service, administration and fulfillment services with respect to the Accidental Disability Plan brokered by Sklover, underwritten by Federal, marketed by Amex and purchased by Altagracia Peguero ("Peguero").

2. Andrew J. Sklover
   President
   The Sklover Group, Inc.
   400 Post Avenue
   Westbury, New York
   (516) 333-6608

   Has information concerning Sklover's role in brokering the Accidental Disability Plan at issue.

3. Kirk Voisin
   Vice President, Accident Benefits and Life Dept.
   Federal Insurance Company
   15 Mountain View Road
   Warren, New Jersey
   telephone unknown

   Has information concerning Federal's role in underwriting the Accidental Disability Plan at issue.

4. J. Whitney Stevens
   former Vice President of Marketing
   American Express Company
   address and telephone unknown

   Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

5. Abby E. Mink
   American Express Company
   address and telephone unknown

   Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

6. Michelle L. Corn
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

7. Ellen M. Kirschner
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

8. Prudence P. Plummer
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

9. Robin J. Madigan
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

10. Todd Lindamood
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

11. Susan Krahn
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

      12.    Charlene L. Bryant
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

      13.    Wanda Martinez
American Express Company
address and telephone unknown

Has information concerning Amex's role in marketing the Accidental Disability Plan at issue.

B.    Description By Category And Location Of Documents In HealthExtras' Possession That It May Use To Support Its Claims Or Defenses

    1.    Contracts between and among HealthExtras, Federal, Sklover and Amex
Location: HealthExtras' offices in Rockville, Maryland

    2.    Membership records concerning Accidental Disability Plan
Location: HealthExtras' offices in Rockville, Maryland

    3.    Communications between HealthExtras and Federal concerning their contract and their respective responsibilities thereunder
Location: HealthExtras' offices in Rockville, Maryland

    4.    Communications between HealthExtras and Amex concerning their contract and their respective responsibilities thereunder
Location: HealthExtras' offices in Rockville, Maryland

    5.    Communications between HealthExtras and Amex evidencing Amex's review and approval of marketing materials for the Accidental Disability Plan
Location: HealthExtras' offices in Rockville, Maryland

C.    Computation of Damages Claimed By HealthExtras and Disclosure of Documents on Which Computation is Based

HealthExtras does not presently claim damages against any other party.

    D.      Disclosure of Insurance Agreement Under Which Insurer May Be Liable To Satisfy Judgment Against HealthExtras

None.

HEALTHEXTRAS, INC.

By its attorney,

/s/ Donald R. Pinto, Jr.
Donald R. Pinto, Jr., BBO No. 548421
RACKEMANN, SAWYER & BREWSTER
One Financial Center
Boston, Massachusetts 02111
(617) 542-2300

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.



/s/ Donald R. Pinto, Jr.
Donald R. Pinto, Jr.

Dated: May 26, 2006

5