UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO,<br><br>         Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY, INC.,<br><br>         Defendant, | Civil Action No. 05-10995-RCL |
| AMERICAN EXPRESS COMPANY, INC.,<br><br>         Cross-Claim Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY and THE SKLOVER GROUP INC.,<br><br>         Cross-Claim Defendants. | |

**ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND
TO AMERICAN EXPRESS'S MOTION TO MAINTAIN AS
<u>CONFIDENTIAL THE MARKETING AGREEMENT</u>**

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Cross-claim Defendant Federal Insurance Company ("Federal") respectfully moves this Court for leave to enlarge its time to respond to the motion of American Express Company, Inc. ("American Express") to maintain as confidential the Marketing Agreement between American Express and HealthExtras, LLC ("HealthExtras"), filed on June 22, 2006 in this Court, through and including July 13, 2006. As grounds for this motion, Federal states:

    (1)  American Express has assented to this motion.

(2) On June 2, 2006, Federal sent a letter to American Express pursuant to paragraph 14 of the Stipulated Protective Order objecting to the confidential designation of the Marketing Agreement between American Express and HealthExtras.

(3) On June 22, 2006, Federal was served with American Express's motion to maintain as confidential the Marketing Agreement between American Express and HealthExtras.

(4) A brief extension until July 13, 2006 will allow Federal time to fully evaluate and respond to American Express's motion. The short extension of time will not unduly delay these proceedings.

For the foregoing reasons, Federal respectfully moves this Court to allow the motion.

Dated: Boston, Massachusetts
       June 29, 2006

RIEMER & BRAUNSTEIN LLP

By: */s/ Mark Corner*
    Mark W. Corner (BBO#550156)

Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

H. Christopher Boehning
Danielle M. Aguirre
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Cross-claim Defendant Federal Insurance Company*

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)

Mark W. Corner, counsel of record for the Defendant Federal Insurance Company, hereby certifies that on June 29, 2006, Danielle M. Aguirre of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, co-counsel to Federal Insurance Company, conferred by telephone with John F. Farraher, counsel to American Express, in an effort in good faith to resolve or narrow the issue presented in this motion, as required by Local Rule 7.1(A)(1), and that American Express has assented to the relief sought herein.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 29th DAY OF JUNE 2006.**

_____*/s/ Mark Corner*_____

## CERTIFICATE OF SERVICE

I, Mark W. Corner hereby certify that on this date, June 29, 2006, I caused to be served the foregoing document, along with the accompanying Motion for Leave to File Additional Papers, by electronic notice, upon the following counsel of record:

| | |
|---|---|
| Kevin Donius, Esquire<br>Corcoran, FitzGerald & Hennessey<br>500 Granite Avenue<br>Milton, MA 02186 | Allison M. O'Neil, Esquire<br>Craig & Macauley, P.C.<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210 |
| John F. Farraher, Jr., Esquire<br>Greenberg Traurig<br>One International Place<br>20th Floor<br>Boston, MA 02110 | Donald R. Pinto, Jr.<br>Rackemann, Sawyer & Brewster, P.C.<br>One Financial Center<br>Boston, Massachusetts  02111 |

_____*/s/ Mark Corner*_____
Mark W. Corner

959604.1