UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
ALTAGRACIA J. PEGUERO,        )
                              )
    Plaintiff,                )
                              )
v.                            )
                              )
                              )
AMERICAN EXPRESS COMPANY,     ) Civil Action No. 05-10995-RCL
THE SKLOVER GROUP, INC.,      )
And FEDERAL INSURANCE COMPANY,)
                              )
    Defendants.               )
_____)
```

STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment have been served by Defendant, The Sklover Group, Inc. ("Sklover"), Plaintiff Altagracia J. Peguero, through her undersigned counsel, hereby dismisses with prejudice her claims against Sklover pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, with each Party to bear its own attorneys' fees and costs.

Dated:    June 28, 2006

                            Law Offices of Kevin Donius, P.C.


                            By:_____/s/ Kevin Donius_____
                               Kevin Donius, Esq. (BBO #551298)
                               500 Granite Avenue
                               Milton, MA 02186
                               (617) 296-4900

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non -registered participants on July 6 29, 2006.


    /s/ Kevin Donius_____
    Kevin Donius