UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO,<br><br>                              Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, INC.,<br><br>                              Defendant,<br><br>AMERICAN EXPRESS COMPANY, INC.,<br><br>                              Cross-Claim Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY and THE SKLOVER GROUP INC.,<br><br>                              Cross-Claim Defendants. | Civil Action No. 05-10995-RCL |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment have been served by Cross-Claim Defendants Federal Insurance Company ("Federal") and The Sklover Group Inc. ("Sklover"), Cross-Claim Plaintiff American Express Company, through its undersigned counsel, hereby dismisses, without prejudice, its cross-claims against Federal and Sklover pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure each Party to bear its own attorneys' fees and costs.

Dated: July 27, 2006

<div style="border:1px solid;">

GREENBERG TRAURIG, LLP

By: /s/ John F. Farraher, Jr.
John F. Farraher Jr. (BBO #568194)
One International Place
20th Floor
Boston, Massachusetts 02110
617-310-6000

*Attorney for Cross-Claim Plaintiff*
*American Express Company*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 27, 2006.

/s/ John F. Farraher, Jr.

</div>

A0442951.DOC;1