UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, INC.,<br><br>    Defendant, | Civil Action No. 05-10995-RCL |
| AMERICAN EXPRESS COMPANY, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>HEALTHEXTRAS, LLC,<br><br>    Third-Party Defendant. | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment have been served by Third-Party Defendant HealthExtras, LLC ("HealthExtras"), Third-Party Plaintiff American Express Company, through its undersigned counsel, hereby dismisses, without prejudice, its third-party claim against HealthExtras pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, with each Party to bear its own attorneys' fees and costs.

Dated: July 27, 2006

> GREENBERG TRAURIG, LLP
>
> By: /s/ John F. Farraher, Jr.
> John F. Farraher Jr. (BBO #568194)
> One International Place
> 20th Floor
> Boston, Massachusetts 02110
> 617-310-6000
>
> *Attorney for Cross-Claim Plaintiff*
> *American Express Company*
>
> CERTIFICATE OF SERVICE
>
> I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 27, 2006.
>
> /s/
> John F. Farraher, Jr.