UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
ALTAGRACIA J. PEGUERO,         )
     Plaintiff,                )   Civil Action No. 05-10995-RCL
                               )
     v.                        )   PLAINTIFF'S OPPOSITION
                               )   TO DEFENDANT AMERICAN EXPRESS'
AMERICAN EXPRESS COMPANY, and  )   MOTION FOR A PROTECTIVE ORDER
HEALTHEXTRAS, INC.,            )
     Defendants.               )
_____)
```

The Plaintiff, Altagracia J. Peguero, hereby opposes the Motion for Protective Order filed by Defendant, American Express Company. Because the issues raised by American Express are identical to the issues raised by Defendant HealthExtras, Inc. in its Motion for a Protective Order, the Plaintiff respectfully refers this Court to her Opposition to Defendant HealthExtras, Inc.'s Motion for a Protective Order and incorporates by reference into this opposition the facts and legal arguments contained therein.

THE PLAINTIFF,
Altagracia J. Peguero,
By her Attorney,


/s/ Kevin Donius
_____
Kevin Donius, Esquire
Law Offices of Kevin Donius, P.C.
424 Adams Street, Suite 100
Milton, MA 02186
TEL (617) 296-4900
FAX (617) 296-4990
BBO#: 551298

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                        /s/ Kevin Donius
                        _____
                        Kevin Donius, Esquire

Dated: October 16, 2006