**RACKEMANN, SAWYER & BREWSTER**

PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ESTABLISHED 1886

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111-2659

Telephone 617-542-2300
Facsimile 617-542-7437
www.rackemann.com

DONALD R. PINTO, JR.
(617) 951-1118
dpinto@rackemann.com

February 8, 2007

Ms. Lisa Hourihan
Courtroom Clerk to
Hon. Reginald C. Lindsay
United States District Court
One Courthouse Way
Boston, MA   02210

>   Re:   Peguero v. HealthExtras, Inc., et al.
>         U. S. D. C. Docket No.  05-10995-RCL

Dear Ms. Hourihan:

I represent the defendant, HealthExtras, Inc., in the above-referenced action.  Confirming our conversation yesterday, I have reached an agreement with plaintiff's counsel concerning the issues raised in the Motion to Compel that I filed on January 26, 2007 (Document #85).  Accordingly, I hereby withdraw that motion without prejudice.

Thank you for your courtesy and cooperation.

Very truly yours,


Donald R. Pinto, Jr.

DRP/mo

cc:   Counsel of Record