**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2007 APR 18 P 12: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
_____
                              )
ALTAGRACIA J. PEGUERO,        )
                              )
     Plaintiff,               )
                              )
v.                            )
                              )
                              )
AMERICAN EXPRESS COMPANY,     ) Civil Action No. 05-10995-RCL
THE SKLOVER GROUP, INC.,      )
And FEDERAL INSURANCE COMPANY,)
                              )
     Defendants.              )
_____)
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of Defendant

The Sklover Group, Inc. ("Sklover") in the captioned

action.  Sklover continues to be represented by Richard E.

Quinby of Craig and Macauley Professional Corporation.

Dated: April 17, 2007        Respectfully submitted,


                             Allison M. O'Neil (BBO #641330)
                             Craig and Macauley
                                  Professional Corporation
                             Federal Reserve Plaza
                             600 Atlantic Avenue
                             Boston, MA 02210
                             (617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above document on the attorney of record for each other party by mail on April 17, 2007.

Allison M. O'Neil