```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 05-10995-WGY

 4

 5   * * * * * * * * * * * * * * * * *
                                     *
 6   ALTAGRACIA PEGUERO,             *
                                     *
 7            Plaintiff,             *
                                     *
 8   v.                              *    MOTION HEARING
                                     *
 9   AMERICAN EXPRESS COMPANY        *
     and HEALTHEXTRAS, INC.,         *
10                                   *
              Defendants.            *
11                                   *
     * * * * * * * * * * * * * * * *

12

13
             BEFORE:  The Honorable William G. Young,
14                         District Judge

15
     APPEARANCES:
16

17            CORCORAN, FITZGERALD & HENNESSY (By Kevin
        Donius, Esq. ), 500 Granite Avenue, Milton,
18      Massachusetts, 02186, on behalf of the Plaintiff

19            GREENBERG TRAURIG LLP (By John F. Farraher,
        Jr., Esq.), One International Place, 20th Floor,
20      Boston, Massachusetts 02110, on behalf of American
        Express Company, Inc.
21
              RACKEMANN, SAWYER & BREWSTER (By Donald R.
22      Pinto, Jr., Esq.), One Financial Center, Boston,
        Massachusetts 02111, on behalf of Healthextras,
23      Inc.
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      May 3, 2007
```