# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **PEGUERO** | Civil Action No: 05-10995-WGY |
| Plaintiff | |
| v. | |
| **AMERICAN EXPRESS CO., ET AL**<br>Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on 10/3/07 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

October 3, 2007

To: All Counsel