UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALTAGRACIA PEGUERO,<br><br>　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS COMPANY<br>and HEALTHEXTRAS, INC.,<br><br>　Defendants. | Civil Action No. 05-10995-WGY |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties in the above-captioned action stipulate that the action be and hereby is dismissed with prejudice, without costs to any party and waiving all rights of appeal.

| | |
|---|---|
| ALTAGRACIA PEGUERO, | HEALTHEXTRAS, INC., |
| By her attorney, | By its attorney, |
| /s/ Kevin Donius | /s/ Donald R. Pinto, Jr. |
| Kevin Donius, BBO No. 551298 | Donald R. Pinto, Jr., BBO No. 548421 |
| Law Offices of Kevin Donius, P.C. | Rackemann, Sawyer & Brewster, P.C. |
| 424 Adams Street, Suite 100 | One Financial Center |
| Milton, Massachusetts 02186 | Boston, Massachusetts 02111 |
| (617) 296-4900 | (617) 542-2300 |

AMERICAN EXPRESS COMPANY,

By its attorney,

　/s/ John F. Farraher
John F. Farraher, BBO No. 568194
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
(617) 310-6000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                      /s/ Donald R. Pinto, Jr.
                                                      Donald R. Pinto, Jr.

Dated: October 22, 2007